UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MARY LAMBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: 3:12-CV-821-RL-CAN |
| v. ) | |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC. d/b/a NEW ) | |
| ENGLAND COMPOUNDING CENTER, ) | |
| BARRY AND LISA CADDEN, and ) | |
| GREGORY CONIGLIARO, ) | |
| ) | |
| Defendants. ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to L.R. 6.1., Defendants Barry and Lisa Cadden, and Greg Conigliaro ("Defendants"), by counsel, hereby move this Court for an extension of time to respond to Plaintiff's Complaint, up to and including April 19, 2013. Defendants' Answer is currently due February 18, 2013. Plaintiff's counsel has been consulted and has no objection to the requested extension.

WHEREFORE, Defendants, by counsel, pray for an Order allowing Defendants up to and including April 19, 2013 to respond to Plaintiff's Complaint, and for all other relief just and proper in the premises.

LEWIS WAGNER LLP

By:  /s/ Kameelah Shaheed-Diallo
      DINA M. COX, #18590-49
      KAMEELAH SHAHEED-DIALLO, #28058-49
      ROBERT M. BAKER IV, #25471-49
      JANELLE M. KILIES, #30708-49
      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 14, 2013 using the CM/ECF system which sent notification of this filing to the following:

Douglas D. Small
FOLEY & SMALL
1002 E Jefferson Blvd
South Bend IN  46617
*Counsel for Plaintiffs*

          /s/ Kameelah Shaheed-Diallo
          KAMEELAH SHAHEED-DIALLO

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
kshaheed-diallo@lewiswagner.com
Q:\NECC\20 - Lambert\Federal Pleadings\MET.docx