**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| MARY LAMBERT, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   CIVIL ACTION NO: 3:12-CV-821-RL-CAN |
| v. | ) |
| | ) |
| NEW ENGLAND COMPOUNDING | ) |
| PHARMACY, INC. d/b/a NEW | ) |
| ENGLAND COMPOUNDING CENTER, | ) |
| BARRY AND LISA CADDEN, and | ) |
| GREGORY CONIGLIARO, | ) |
| | ) |
|     Defendants. | ) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court, having reviewed Defendants' Unopposed Motion for Extension of Time to

Respond to Plaintiff's Complaint, and being duly advised in the premises, hereby GRANTS

Defendants' Motion.  Defendants are hereby granted an extension up to an including April 19, 2013

to respond to Plaintiff's Complaint.

SO ORDERED this 21st day of February, 2013.


                    S/Christopher A. Nuechterlein
                    Magistrate Judge, Christopher A. Nuechterlein
                    U.S. Northern District Court


Distribution:

| | |
|---|---|
| Douglas D. Small | Dina M. Cox / Kameelah Shaheed-Diallo |
| FOLEY & SMALL | Robert M. Baker IV / Janelle P. Kilies |
| 1002 E. Jefferson Blvd. | LEWIS WAGNER, LLP |
| South Bend, IN  46617 | 501 Indiana Avenue, Suite 200 |
| | Indianapolis, IN  46202 |

C:\Users\marylou\AppData\Local\Temp\notes2068C1\ORDER_MET.wpd